UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT PARNELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0074** |
| **JEFFERSON PARISH SHERIFF'S OFFICE, ET AL** | **SECTION "N" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Albert Parnell's claims, pursuant to Title 42 U.S.C. § 1983, against the Jefferson Parish Correctional Center and the Jefferson Parish Sheriff Office are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and §1915A.

**IT IS FURTHER ORDERED** that Parnell's **Motion for Emergency ExParte Injunction (R. Doc. 4), Motion to Set Aside Fees (R. Doc. 5),** and **Motion to Include All Pre-Convicted Inmates as Petitioners in this Case (R. Doc. 6),** are hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this _5th_ day of _May_____, 2010

_____
UNITED STATES DISTRICT JUDGE